IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TODD LANCASTER,  :
    Plaintiff  :
            :    No. 1:23-cv-00874
    v.  :
            :    (Judge Rambo)
LACKAWANNA COUNTY,  :
    Defendant  :

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

On May 26, 2023, pro se Plaintiff Todd Lancaster ("Plaintiff") commenced the above-captioned action by filing a complaint pursuant to the provisions of 42 U.S.C. § 1983. (Doc. No. 1.) On July 24, 2023, the Court dismissed the complaint without prejudice and granted Plaintiff leave to file an amended complaint within thirty (30) days. (Doc. Nos. 9, 10.) Plaintiff was cautioned that, if he failed to file an amended complaint within the thirty (30) days, this case may be subject to dismissal. (Id.) Those thirty (30) days have passed, and as of the date of this Order, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so.[1]

---

[1] Notably, Plaintiff filed a letter on July 28, 2023, requesting the status of this action. (Doc. No. 11.) Plaintiff's letter is dated July 24, 2023, the same date that the Court issued its Memorandum and Order. (Doc. Nos. 9, 10.) Thus, it appears that Plaintiff received the Court's Memorandum and Order after he filed his letter. Nevertheless, the Court, in an abundance of caution, sent Plaintiff a copy of the docket sheet. (Doc. No. 11.) As stated above, however, Plaintiff has neither filed an amended complaint

**AND SO**, on this 11th day of October 2023, upon consideration of the foregoing, **IT IS ORDERED THAT**:

1. This action is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's July 24, 2023 Memorandum Opinion (Doc. Nos. 9, 10); and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge

---

nor requested an extension of time in which to do so. As such, this matter is subject to dismissal.